IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. WEIBEL,

      Petitioner,

  v.

MICHAEL HENNESSY, Sheriff, San Francisco County,

      Respondent.
_____/

No. C 11-04281 CW (PR)

JUDGMENT

    The Court has dismissed this action without prejudice because Petitioner failed to complete the in forma pauperis application or pay the filing fee.  A judgment of dismissal without prejudice is entered.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 10/7/2011

                         CLAUDIA WILKEN
                         UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

MICHAEL L WEIBEL,

4

Plaintiff,

Case Number: CV11-04281 CW

5

v.

**CERTIFICATE OF SERVICE**

6

MICHAEL HENNESSY et al,

7

Defendant.

8

_____/

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on October 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

Michael L. Weibel AG7988
P.O. Box 2210
Susanville,  CA 96127

16

17

Dated: October 7, 2011

18

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28